# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2019

## NO. 03-18-00731-CR

**Ex parte Stephen Hall**

**APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's application for pretrial writ of habeas corpus signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order denying appellant's application for pretrial writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.